IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

MICHELLE THIELE,

                Plaintiff,

– against –

KATE SPADE, LLC d/b/a
KATE SPADE NEW YORK, and TAPESTRY,
INC.,

                Defendants.

Case No.. 1:20-cv-03086-SAG

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Court Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned hereby stipulate to the dismissal of this action in its entirety, with prejudice and without costs, each side to bear her/its own attorneys' fees.

Dated: ~~June ___, 2021~~ August 24, 2021

STEIN & VARGAS, LLP

*/s/ M. Vargas/*

Mary C. Vargas
10 G Street NE, Suite 600
Washington, DC 20002
Mary.vargas@steinvargas.com
(240) 793-3185

*Attorneys for Plaintiff*

EPSTEIN BECKER & GREEN, P.C.

*/s/ N. Glasser/*

Nathaniel M. Glasser
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
nglasser@ebglaw.com
(202) 861-1863

*Attorneys for Defendants*